DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTIAN YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-660

_____

April 3, 2024

Appeal from the Circuit Court for Pasco County; Anne Wansboro, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Affirmed.

SLEET, C.J., and NORTHCUTT, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior publication.